A98A2237. CLEVELAND et al. v. ALBANY UROLOGY CLINIC, P.C. et al.
(546 SE2d 527)

BARNES,.Judge.

In *Albany Urology Clinic v. Cleveland,* 272 Ga. 296 (528 SE2d 777) (2000), the Supreme Court reversed the judgment of this Court in *Cleveland v. Albany Urology Clinic,* 235 Ga. App. 838 (509 SE2d 664) (1998). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Johnson, P. J., and Smith, P. J., concur.*

DECIDED JANUARY 24, 2001.

*William S. Stone, Thomas C. Earnest, Kevin R. Dean,* for appellants.
*Watson, Spence, Lowe & Chambless, Thomas S. Chambless, Dawn G. Benson, Donaldson, Bell & Pickett, George P. Donaldson III, Coleman, Talley, Newbern, Kurrie, Preston & Holland, Wade H. Coleman,* for appellees.